UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTA WELLINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 2:25-cv-04584-DOC-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 30).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 32) have been made.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that an Order be entered (1) GRANTING, in part, Defendants' Motion to Dismiss (Dkt. 24); (2) dismissing with prejudice and without leave to amend (a) all IIED claims, (b) punitive damage claims against the City, and (c) the § 1983 claims based on the first two assaults that occurred in

May 2020 and March 2021; and (3) dismissing with leave to amend the § 1983 claim against the City based on the third assault.

DATED:  April 10, 2026

_____
Hon. David O. Carter
UNITED STATES DISTRICT JUDGE

2