O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTA WELLINGTON,<br>Plaintiff,<br>v.<br>LOS ANGELES POLICE DEPT., et al.,<br>Defendants. | Case No. 2:25-cv-04584-DOC-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 48). No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Defendants' Motion for Summary Judgment (Dkt. 41) is granted because Plaintiff's § 1983 claims based on the third assault are time barred, and (2) Judgment shall be entered in favor of Defendants.

DATED: August 19, 2026

David O. Carter

Hon. David O. Carter
UNITED STATES DISTRICT JUDGE