JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTA WELLINGTON,<br>Plaintiff,<br>v.<br>LOS ANGELES POLICE DEPT., et al.,<br>Defendants. | Case No. 2:25-cv-04584-DOC-KES<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, and prior Order (Dkt. 33),

IT IS ADJUDGED that the First Amended Complaint and this entire action are dismissed with prejudice.

DATED: August 19, 2026

David O. Carter

Hon. David O. Carter
UNITED STATES DISTRICT JUDGE